**IN THE UNITES STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **SHAVADA WHEELER, Individually and for Others Similarly Situated,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**vTECH HEALTHCARE, INC.,** )<br>)<br>**Defendant**. )<br>) | Case No.: 1:22-cv-561 (PTG) |

## NOTICE OF WITHDRAW OF MOTION TO DISMISS

Defendant, vTech Healthcare, Inc. ("vTech"), by and through undersigned counsel, hereby withdraws Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction. *See* ECF 23.

Date: July 27, 2022

Respectfully Submitted,

*/s/ Samuel W. Hughes*
Samuel W. Hughes
Clark Law Group, PLLC
1100 Connecticut Ave, NW, STE 920
Washington, DC 20036
Phone: 202-293-0015
Email: shughes@benefitcounsel.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends the foregoing via email to:

Craig J. Curwood
Zev H. Antell
Paul Falabella
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-649-4848 – Telephone
804-237-0413 – Facsimile
Email: craig@butlercurwood.com
zev@butlercurwood.com
paul@butlercurwood.com
Philip Boher
phil@bohrerbrady.com
Scott E. Brady
scott@bohrerbrady.com
Boher Brady, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
*Attorneys for Plaintiff*

/s/ *Samuel W. Hughes*
Samuel W. Hughes