IN THE UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| SHAVADA WHEELER, Individually and for Others Similarly Situated, Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No.: 1:22-cv-561 (PTG) |
| vTECH HEALTHCARE, INC., | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shavada Wheeler and Defendant vTech Healthcare, Inc., through counsel, hereby stipulate to the dismissal of the above captioned matter with prejudice. Parties have agreed that Defendant shall make payment to Plaintiff in the amounts of $19,971.90 in full satisfaction of all claims Plaintiff has against Defendant. Parties further agree that Defendant shall pay $29,002.24 in attorneys' fees and costs within 30 days of the entry of judgment and dismissal by the court. No class or collective has been certified in this matter. Parties agree this a full satisfaction of this matter and there are no other associated damages, fees, or costs.

Dated: July 27, 2022

Respectfully submitted,

/s/ Scott Brady
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Paul Falabella (VSB No. 81199)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
(804) 648-4848 – Telephone
(804) 237-0413 – Facsimile
Email: craig@butlercurwood.com
zev@butlercurwood.com
paul@butlercurwood.com

/s/ Samuel W. Hughes
Samuel W. Hughes
Clark Law Group, PLLC
1100 Connecticut Ave, N.W.,
Suite 920
Washington, D.C. 20036
(202) 293-0015
shughes@benefitcounel.com
*Counsel for Defendant*

So ordered 7/28/2022

/s/
Patricia Tolliver Giles
United States District Judge